IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOSUE ISAAC RODAS GODINEZ,**

    **Petitioner,**

v.                                                                               No. 20-cv-0466 KWR/SMV

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
COREY PRICE, MATTHEW T. ALBENCE,
CHAD WOLF, WILLIAM BARR,
U.S. DEPARTMENT OF JUSTICE,
JOHN F. BASH, and DORA OROZCO,**

    **Respondents.**[1]

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER has been referred to the undersigned to recommend an ultimate disposition of the case. [Doc. 23]. To that end, IT IS HEREBY ORDERED that:

    (1)    Petitioner must file a brief in chief no later than **September 16, 2020**;

    (2)    Respondents must file a Response no later than **October 14, 2020**; and

    (3)    Petitioner may file a Reply no later than **October 28, 2020**.

**IT IS SO ORDERED.**

                                                     **STEPHAN M. VIDMAR
United States Magistrate Judge**

---

[1] Although Petitioner named John F. Bash as a Respondent in his original Class Action Complaint and Petition for Writ of Habeas Corpus, [Doc. 3], Petitioner's First Amended Petition for Writ of Habeas Corpus, filed on May 21, 2020, omitted John F. Bash as a Respondent. [Doc. 13].