# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Josue Isaac Rodas Godinez, <br> Alien ("A")# 201-684-747, <br><br> Petitioner, <br><br> v. <br><br> ICE ("U.S. Immigration and Customs Enforcement"); Dora Orozco, Warden of Otero County Processing Center; Corey Price, Field Office Director, ICE El Paso Field Office; Matthew Albence, Acting Director of ICE; Chad Wolf, Acting Secretary of Homeland Security; William Barr, U.S. Attorney General, U.S. Department of Justice; <br><br> Respondents, | **CASE NO.: 2:20-cv-466 KWR-SMV** |

_____

## ORDER

Petitioner moved this Court to stay proceedings, pursuant to Rule 6(b) of the Federal Rule of Civil Procedure and its inherent authority to manage its docket, because Petitioner stated that on September 8, 2020, class counsel in Garcia Ramirez v. ICE submitted a custody redetermination request to ICE on behalf of class member Petitioner Josue in light of that court's July 2, 2020 ruling finding ICE liable for violating 8 U.S.C. § 1232(c)(2)(B) when it detains age-outs, and Petitioner referred to Petitioner's Notice of Supplemental Authority at Doc. 20 (citing Garcia Ramirez v. ICE, Case No. 1-18-cv-508-RC, Doc. 333 (D.D.C.—order issued July 2, 2020)).

1

IT IS ORDERED that Petitioner's motion to stay proceedings is granted. This Court's Order setting the briefing schedule [Doc. 25] is modified as follows:

(1) Petitioner must timely file a notice with this Court with the outcome and date of ICE's custody redetermination;

(2) Petitioner must file his brief in chief no later than 14 days after the date of ICE's custody redetermination;

(3) Respondents must file a Response no later than 28 days after the due date of the brief in chief; and

(4) Petitioner may file a Reply no later than 14 days after the due date of the Response.

IT IS SO ORDERED

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

| Submitted by: | Approved by: |
|---|---|
| */s/ Jacob Wedemeyer* | Electronically approved on 9/15/2020 |
| Jacob Wedemeyer | CHRISTINE H. LYMAN |
| Texas Bar No. 24060806 | Assistant United States Attorney |
| NM Federal Bar No. 20-88 | P.O. Box 607 |
| Children's Program Director / Staff Attorney | Albuquerque, New Mexico 87103 |
| Unaccompanied Minors Program | (505) 224-1532; Fax: (505) 346-2558 |
| Diocesan Migrant & Refugee Services, Inc. | Christine.Lyman@usdoj.gov |
| 2400A E. Yandell Dr., El Paso TX 79903 | |
| Tel: 915-298-7985 direct; | Attorney for Respondents |
| Tel: 915-532-3975 ext 1501; | |
| Fax: 915-532-4071 | |
| jwedemeyer@dmrs-ep.org | |
| | |
| Attorney for Petitioner | |